FILED

2016 Mar-18  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ADVANCED STRUCTURAL DESIGN, INC. | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| **Plaintiff,** | ) | **Procedure or other appropriate** |
| BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT, | ) | **law.)** |
| individually as well as in his official capacity, MORGAN COUNTY | ) | |
| (ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON | ) | |
| CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC., | ) | **CIVIL ACTION CASE NUMBER:** |
| BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES | ) | |
| ARCHITECUTRE AND INTERIOR DESIGN, INC. | ) | 5:16-cv-00449-HGD |
| **Defendant.** | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

> Bill Hopkins - Morgan County Superintendent,
> Morgan County Schools
> 235 Highway 67 South
> Decatur, AL  35603

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> David W. Holt
> Bradley Arant Boult Cummings LLP
> 200 Clinton Avenue West, Suite 900
> Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: ___3/18/16___

*Sharon N Harris*

SHARON N. HARRIS, CLERK

By: *Stephanie Jolen*

Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

ADVANCED STRUCTURAL DESIGN, INC.      )

)

)

**Plaintiff,**     )

BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT, )
individually as well as in his official capacity, MORGAN COUNTY )
(ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON )
CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC., )
BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES )
ARCHITECUTRE AND INTERIOR DESIGN, INC. )

**Defendant.**     )

**Summons**
(Issued pursuant to Rule 4 of
the Federal Rules of Civil
Procedure or other appropriate
law.)

CIVIL ACTION CASE NUMBER:
5:16-cv-00449-HGD

**Summons in a Civil Action**

To: (*Defendant's name and address*)

     Morgan County (Alabama) Board of Education
     235 Highway 67 South
     Decatur, AL  35603

NOTE: A separate summons must be
              prepared for each defendant.

A lawsuit has been filed against you.

     Within ____21____ days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules
of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

     David W. Holt
     Bradley Arant Boult Cummings LLP
     200 Clinton Avenue West, Suite 900
     Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 3/18/16

SHARON N. HARRIS, CLERK

By: 

Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

ADVANCED STRUCTURAL DESIGN, INC. )
) **Summons**
) **(Issued pursuant to Rule 4 of**
) **the Federal Rules of Civil**
**Plaintiff,** ) **Procedure or other appropriate**
BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT, ) **law.)**
individually as well as in his official capacity, MORGAN COUNTY )
(ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON )
CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC., ) **CIVIL ACTION CASE NUMBER:**
BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES )
ARCHITECUTRE AND INTERIOR DESIGN, INC. ) 5:16-cv-00449-HGD
**Defendant.** )

Summons in a Civil Action

To: (*Defendant's name and address*)

    Volkert, Inc.
    c/o CSC Lawyers Incorporating Service
    150 South Perry St.
    Montgomery, AL  36104

NOTE: A separate summons must be
          prepared for each defendant.

A lawsuit has been filed against you.

    Within ___21___ days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules
of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    David W. Holt
    Bradley Arant Boult Cummings LLP
    200 Clinton Avenue West, Suite 900
    Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief  demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: ___3/18/16___

SHARON N. HARRIS, CLERK

By: *Stephanie Jolen*

Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ADVANCED STRUCTURAL DESIGN, INC.　　　）<br>　　　）<br>　　　）<br>**Plaintiff,**　　　）<br>BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT,　　　）<br>individually as well as in his official capacity, MORGAN COUNTY　　　）<br>(ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON　　　）<br>CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC.,　　　）<br>BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES　　　）<br>ARCHITECUTRE AND INTERIOR DESIGN, INC.　　　）<br>**Defendant.**　　　） | **Summons**<br>**(Issued pursuant to Rule 4 of**<br>**the Federal Rules of Civil**<br>**Procedure or other appropriate**<br>**law.)**<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>5:16-cv-00449-HGD |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

    Terracon Consultants, Inc.
    c/o CSC Lawyers Incorporating Svc., Inc.
    150 S. Perry St.
    Montgomery, AL  36104

NOTE: A separate summons must be
        prepared for each defendant.

A lawsuit has been filed against you.

      Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      David W. Holt
      Bradley Arant Boult Cummings LLP
      200 Clinton Avenue West, Suite 900
      Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: _3/18/16_

                            Sharon N Harris
                            SHARON N. HARRIS, CLERK

                    By: Stephanie Allen
                    Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

                    (SEAL OF COURT)

      NORTHERN DISTRICT OF ALABAMA
      101 Holmes Avenue, N. E.
      Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

ADVANCED STRUCTURAL DESIGN, INC.      )

)

)

**Plaintiff,**    )

)

BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT,  )

individually as well as in his official capacity, MORGAN COUNTY  )

(ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON  )

CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC.,  )

BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES  )

ARCHITECUTRE AND INTERIOR DESIGN, INC.  )

**Defendant.**    )

<u>**Summons**</u>

**(Issued pursuant to Rule 4 of
the Federal Rules of Civil
Procedure or other appropriate
law.)**

**CIVIL ACTION CASE NUMBER:**

5:16-cv-00449-HGD

**Summons in a Civil Action**

To: (*Defendant's name and address*)

    Baggette Construction, Inc.
    c/o John R. Baggette, Jr.
    P.O. Box 18248
    Huntsville, AL  35804-8248

NOTE: A separate summons must be
        prepared for each defendant.

A lawsuit has been filed against you.

      Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      David W. Holt
      Bradley Arant Boult Cummings LLP
      200 Clinton Avenue West, Suite 900
      Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: ___3/18/16___

*Sharon N Harris*

SHARON N. HARRIS, CLERK

By: *Stephanie Solen*

Deputy Clerk

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ADVANCED STRUCTURAL DESIGN, INC. )<br><br>**Plaintiff,** )<br>BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT, )<br>individually as well as in his official capacity, MORGAN COUNTY )<br>(ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON )<br>CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC., )<br>BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES )<br>ARCHITECUTRE AND INTERIOR DESIGN, INC. )<br>**Defendant.** ) | **Summons**<br>**(Issued pursuant to Rule 4 of**<br>**the Federal Rules of Civil**<br>**Procedure or other appropriate**<br>**law.)**<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>5:16-cv-00449-HGD |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

    Blackburn Daniels O'Barr, Inc.
    c/o Jack W. Daniels, Jr.
    8805 County Road 40 East
    Lowndesboro, AL  36752-4927

NOTE: A separate summons must be
       prepared for each defendant.


A lawsuit has been filed against you.

       Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    David W. Holt
    Bradley Arant Boult Cummings LLP
    200 Clinton Avenue West, Suite 900
    Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief  demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: ___3/18/16___

*Sharon N Harris*
SHARON N. HARRIS, CLERK

By: *Stephanie John*

Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

ADVANCED STRUCTURAL DESIGN, INC. )
)
)     **Summons**
)     (Issued pursuant to Rule 4 of
**Plaintiff,** )     the Federal Rules of Civil
BILL HOPKINS - MORGAN COUNTY SUPERINTENDENT, )   Procedure or other appropriate
individually as well as in his official capacity, MORGAN COUNTY )   law.)
(ALABAMA) BOARD OF EDUCATION, VOLKERT, INC., TERRACON )
CONSULTANTS, INC., BAGGETTE CONSTRUCTION, INC., )   **CIVIL ACTION CASE NUMBER:**
BLACKBURN DANIELS O'BARR, INC., MCKEE & ASSOCIATES )
ARCHITECUTRE AND INTERIOR DESIGN, INC. )     5:16-cv-00449-HGD
**Defendant.** )

### Summons in a Civil Action

To: *(Defendant's name and address)*

    McKee & Associates Architecture and Interior Design, Inc.
    c/o Walter T. McKee, Jr.
    631 S. Hull St.
    Montgomery, AL  36104

NOTE: A separate summons must be
      prepared for each defendant.

A lawsuit has been filed against you.

    Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    David W. Holt
    Bradley Arant Boult Cummings LLP
    200 Clinton Avenue West, Suite 900
    Huntsville, AL  35801-4900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3/18/16

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801