UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ADVANCED STRUCTURAL DESIGN, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:16-cv-00449-HGD |
| ) | |
| BILL HOPKINS, et al., ) | |
| ) | |
| Defendants ) | |

## **DISMISSAL ORDER**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed by plaintiff (Doc. 23), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE.  The motions to dismiss filed by Bill Hopkins and the Morgan County Board of Education (Docs. 15 & 16) are MOOT.  The telephone status conference set for May 18, 2016, at 10:30 a.m. is CANCELED.

DONE and ORDERED this 22nd day of April, 2016.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE